UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY E. TOMBS, | No. 2:13-cv-1348 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| JORDAN KEITH WALLACE, | |
| Defendant. | |

On December 5, 2013, plaintiff filed a change of address, motion for appointment of counsel, and motion to proceed in forma pauperis with a supporting declaration. ECF Nos. 14-16. However, this civil rights action was closed on November 25, 2013, as duplicative of Case No. 2:13-cv-1340 MCE CMK. Plaintiff is advised that all future pleadings should be filed in Case No. 2:13-cv-1340 MCE CMK. However, as a one time courtesy to plaintiff, the court will order the clerk to file the motion to appoint counsel and the motion to proceed in forma pauperis with a supporting declaration to be re-filed in Case No. 2:13-cv-1340 MCE CMK.

IT IS SO ORDERED.

DATED: December 13, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1